FILED

2021 MAY 26 PM 4: 21

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RUI WANG
Assistant U.S. Attorney
State Bar No. 024184
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: rui.wang@usdoj.gov
Attorneys for Plaintiff

CR21-01167 TUC-JAS(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Oscar Rafael Martinez,<br><br>　　　　　Defendant. | **I N D I C T M E N T**<br><br>Violations:<br>21 U.S.C. § 846<br>(Conspiracy to Possess with Intent to Distribute Marijuana)<br>Count 1<br><br>21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)<br>(Possession with Intent to Distribute Marijuana)<br>Count 2<br><br>21 U.S.C. § 963<br>(Conspiracy to Import Marijuana)<br>Count 3<br><br>21 U.S.C. § 952(a) and §§ 960(a)(1) and 960(b)(3)<br>(Importation of Marijuana)<br>Count 4<br><br>Under Seal |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Beginning at a time unknown, to on or about September 4, 2020, in the District of Arizona, OSCAR RAFAEL MARTINEZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the grand jury, to possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled

substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about September 4, 2020, in the District of Arizona, OSCAR RAFAEL MARTINEZ did knowingly and intentionally possess with intent to distribute 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 3

Beginning at a time unknown, to on or about September 4, 2020, in the District of Arizona, OSCAR RAFAEL MARTINEZ did knowingly and intentionally combine, conspire, confederate and agree with persons known and unknown to the Grand Jury, to import into the United States from the Republic of Mexico 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

All in violation of Title 21, United States Code, Section 963.

## COUNT 4

On or about September 4, 2020, in the District of Arizona, OSCAR RAFAEL MARTINEZ did knowingly and intentionally import into the United States from the Republic of Mexico 50 kilograms or more of marijuana, a Schedule I controlled substance; in violation of Title 21, United States Code, Sections 952(a), 960(a)(1) and 960(b)(3).

A TRUE BILL

/ S /

FOREPERSON OF THE GRAND JURY
Date: MAY 2 6 2021

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

/ S /
RUI WANG
Assistant U.S. Attorney

**REDACTED FOR PUBLIC DISCLOSURE**

*United States of America v. Oscar Rafael Martinez*
*Indictment Page 2 of 2*